

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00399-CV

**IN RE** Richard A. **GARCIA**

Original Mandamus Proceeding[1]

**ORDER**

On June 29, 2022, relator filed a petition for writ of mandamus and an emergency motion to stay the enforcement of the trial court's June 7, 2022 enforcement order. We granted the emergency motion and invited the respondent and the real party in interest to file a response to the petition. After reviewing the petition, real party in interest's response, relator's reply, and the mandamus record, we conclude relator has shown he is entitled to the relief sought.

We therefore **CONDITIONALLY GRANT** the petition for writ of mandamus. We **ORDER** the trial court to vacate the following terms in the Enforcement Order signed June 7, 2022:

- The Court finds that Richard Anthony Garcia is in contempt for failing to pay one half of each of the following violations and such violations have continued monthly since the filing of the motion for enforcement through January 2022:
- **Violation 20**: In February 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 21**: In March 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 22**: In April 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 23**: In May 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;

---

[1] This proceeding arises out of Cause No. 2017-CI-12755, styled *Elizabeth J. Ranft-Garcia v. Richard A. Garcia*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

- **Violation 24**: In June 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 28**: In July 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 29**: In August 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49;
- **Violation 30**: In September 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49; and
- **Violation 31**: In October 2021, Respondent Richard Anthony Garcia has failed to reimburse Petitioner for one half of the cost for medical coverage for the child in the amount of $139.49.

We further **ORDER** the trial court to vacate any amount of the attorney's fees that relates to the contempt findings listed above. This order is without prejudice to Richard Garcia's ability to challenge the attorney's fee award in Cause Number 04-22-00415-CV currently pending in this court.

Additionally, we **DENY** real party in interest Elizabeth Ranft-Garcia's request for attorney's fees in connection with this mandamus proceeding.

We also **DENY** real party in interest Elizabeth Ranft-Garcia's Request to Clarify Order and Alternative Motion to Lift Stay for Trial Court Proceedings.

The stay imposed on June 30, 2022, is **LIFTED**.

We are confident the trial court will comply within fifteen days of the date this opinion and order issue; our writ will issue only if it does not.

It is so **ORDERED** on September 14, 2022.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

Michael A. Cruz, Clerk of Court